ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :

      - v -                          :   NOTICE OF INTENT TO
                                                   FILE AN INFORMATION
Reinaldo Mercado,
    a/k/a, "Neno,"                    :

        Defendant.             :    08 CRIM 338
- - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
       April 4, 2008

                                       MICHAEL J. GARCIA
                                       United States Attorney

                         By: _____
                            Julian J. Moore
                            Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                        By: _____
                            Francisco E. Celedonio, Esq.
                            Attorney for Reinaldo Mercado

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

4/7/08 WHEEL A