JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :       WAIVER OF INDICTMENT

            - v. -                  :       08 Cr.

REINALDO MERCADO,                           **08 CRIM 338**
        a/k/a, "Neno,"              :

                Defendant.          :

- - - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating

Title 21, United States Code, Section 846, being advised of the

nature of the charge and of his rights, hereby waives, in open

Court, prosecution by indictment and consents that the proceeding

may be by information instead of by indictment.


                                    _____
                                    Defendant

                                    _____
                                    Witness

                                    _____
                                    Counsel for Defendant


Date:       New York, New York
            April 14 , 2008


                        ┌─────────────────────────────┐
                        │ USDC SDNY                   │
                        │ DOCUMENT                    │
                        │ ELECTRONICALLY FILED        │
                        │ DOC #: _____      │
                        │ DATE FILED: APR 14 2008     │
                        └─────────────────────────────┘