# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# UNITED STATES COURTHOUSE
# 500 PEARL STREET
# NEW YORK, NEW YORK 10007-1312

**08 CRIM 338**

## MEDICAL ATTENTION FORM

DATE: _____

DEFENDANT: _____

DOCKET #: _____

### TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
### THE METROPOLITAN DETENTION CENTER,
### OR ANY OTHER DETENTION FACILITY:

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:



LY FILED

APR 14 2008

_____
United States Magistrate Judge