USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA       :

        - v. -                  :      ORDER

REINALDO MERCADO,              :     08 Cr. 338 (SAS)

                            :

           Defendant.   :

------------------------------x

       WHEREAS, with his consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on April 14, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and it is further

       ORDERED that the defendant will be sentenced on July 30, 2008, at 4:30 pm.

SO ORDERED:

Dated:    New York, New York
          June 3, 2008

                                                      _____
                                                      SHIRA A. SCHEINDLIN
                                                      UNITED STATES DISTRICT JUDGE